No. 82–660. UNITED STATES *v.* CRONIC. C. A. 10th Cir. [Certiorari granted, 459 U. S. 1199.] Motion of respondent to discharge counsel appointed by lower court and for leave to proceed *pro se* denied. Motion for appointment of counsel granted, and it is ordered that David W. Duncan, Esquire, of Durango, Colo., be appointed to serve as counsel for respondent in this case.

No. 82–1041. DICKMAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. [Certiorari granted, 459 U. S. 1199.] Motion of the parties to dispense with printing the joint appendix granted.

No. 82–1066. UNITED STATES *v.* PTASYNSKI ET AL. D. C. Wyo. [Probable jurisdiction noted, 459 U. S. 1199.] Motion of the Solicitor General to direct the Clerk to schedule oral argument during April 1983 granted.

No. 82–1135. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* WIGGINS. C. A. 5th Cir. [Certiorari granted, 459 U. S. 1199.] Motion of respondent for appointment of counsel granted, and it is ordered that Craig Smyser, Esquire, of Houston, Tex., be appointed to serve as counsel for respondent in this case. In all other respects the motion is denied.

No. 82–1156. TELEDYNE MOVIBLE OFFSHORE, INC., ET AL. *v.* THOMPSON. Appeal from Sup. Ct. La.; and

No. 82–1253. SOLEM, WARDEN, SOUTH DAKOTA STATE PENITENTIARY, ET AL. *v.* BARTLETT. C. A. 8th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.